IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 05-1530

———————

ROBERT C. WARNOCK,

*Appellant*

v.

NATIONAL FOOTBALL LEAGUE; ARIZONA CARDINALS, INC. d/b/a ARIZONA
CARDINALS; ATLANTA FALCONS FOOTBALL CLUB LLC d/b/a ATLANTA FALCONS;
BALTIMORE RAVENS LIMITED PARTNERSHIP d/b/a BALTIMORE RAVENS; BUFFALO
BILLS, INC d/b/a BUFFALO BILLS; CHICAGO BEARS FOOTBALL CLUB INC.
d/b/a CHICAGO BEARS; PITTSBURGH STEELERS INC. d/b/a PITTSBURGH
STEELERS LLC; CLEVELAND BROWNS LLC d/b/a CLEVELAND BROWNS; DALLAS
COWBOYS FOOTBALL CLUB LTD d/b/a DALLAS COWBOYS; DENVER BRONCOS
FOOTBALL CLUB d/b/a DENVER BRONCOS; DETROIT LIONS INC. d/b/a DETROIT
LIONS; GREEN BAY PACKERS INC. d/b/a GREEN BAY PACKERS; HOUSTON NFL
HOLDINGS LP d/b/a HOUSTON TEXANS; INDIANAPOLIS COLTS; JACKSONVILLE
JAGUARS LTD. d/b/a JACKSONVILLE JAGUARS; KANSAS CITY CHIEFS
FOOTBALL CLUB INC. d/b/a KANSAS CITY CHIEFS; MIAMI DOLPHINS; MINNESOTA
VIKINGS FOOTBALL CLUB LLC d/b/a MINNESOTA VIKINGS; NEW ENGLAND
PATRIOTS;
NEW ORLEANS SAINTS LP d/b/a NEW ORLEANS SAINTS; NEW YORK FOOTBALL
GIANTS d/b/a NEW YORK GIANTS; NEW YORK JETS FOOTBALL CLUB INC. d/b/a
NEW YORK JETS; OAKLAND RAIDERS LP d/b/a OAKLAND RAIDERS; PANTHERS
FOOTBALL LLC d/b/a CAROLINA PANTHERS; PHILADELPHIA EAGLES; PITTSBURGH
STEELERS SPORTS, INC. d/b/a PITTSBURGH STEELERS; SAN DIEGO CHARGERS
FOOTBALL CO. d/b/a SAN DIEGO CHARGERS; SAN FRANCISCO 49ERS LTD. d/b/a
SAN FRANCISCO 49ERS; SEATTLE SEAHAWKS INC. d/b/a SEATTLE SEAHAWKS; ST
LOUIS RAMS FOOTBALL CO. d/b/a ST LOUIS RAMS; TAMPA BAY BUCCANEERS;
TENNESSEE TITANS LLP d/b/a TENNESSEE TITANS; WASHINGTON FOOTBALL INC.
d/b/a WASHINGTON REDSKINS

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. No. 04-cv-00330)
District Judge: Honorable Joy F. Conti

Submitted Under Third Circuit LAR 34.1(a)
October 21, 2005
Before: SMITH, BECKER and NYGAARD, *Circuit Judges*

## JUDGMENT

This case came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on October 21, 2005. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 10, 2005 be, and the same is hereby, affirmed. All of the above in accordance with the opinion of this Court.

Costs taxed against appellant.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: November 9, 2005

**Certified as a true copy and issued in lieu
of a formal mandate on December 5, 2005**

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**